# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS EISELE,<br><br>　　　　　　　　　　　　　Plaintiff,<br>vs.<br><br>CIGNA CORPORATION dba CIGNA GROUP INSURANCE, et al,<br><br>　　　　　　　　　　　　　Defendants. | CASE NO. 07CV1876 WQH (LSP)<br><br>ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANT CIGNA CORPORATION dba CIGNA GROUP INSURANCE |

HAYES, Judge:

On September 25, 2007, Plaintiff Dennis Eisele filed the Complaint in this matter against Defendants Cigna Corporation dba Cigna Group Insurance, Life Insurance Company of North America, Trustee of the National Employees Insurance Trust, and North County Health Services Employees Long Term Disability Plan. (Doc. # 1). On December 26, 2007, the parties filed a joint motion to dismiss Defendant Cigna Corporation dba Cigna Group Insurance without prejudice. (Doc. # 8). Good cause appearing, the joint motion (Doc. # 8) is GRANTED. Defendant Cigna Corporation dba Cigna Group Insurance is hereby DISMISSED from this case without prejudice.

**IT IS SO ORDERED**.

DATED: January 3, 2008

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge