# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS EISELE,<br><br>          Plaintiff,<br> vs.<br><br>CIGNA CORPORATION dba CIGNA GROUP INSURANCE, LIFE INSURANCE COMPANY OF NORTH AMERICA, TRUSTEE OF THE NATIONAL EMPLOYEES INSURANCE TRUST, NORTH COUNTY HEALTH SERVICES EMPLOYEES LONG TERM DISABILITY PLAN,<br><br>          Defendants. | CASE NO. 07CV1876 WQH (LSP)<br><br>ORDER DISMISSING ACTION IN ITS ENTIRETY AND WITH PREJUDICE |

HAYES, Judge:

  On March 7, 2008, the parties filed a joint motion to dismiss this action in its entirety and with prejudice. (Doc. # 13). Good cause appearing, the joint motion (Doc. # 13) is GRANTED. This action is hereby DISMISSED in its entirety and with prejudice. The Clerk of the Court is Ordered to close this case.

  **IT IS SO ORDERED**.

DATED: March 10, 2008

                  *William Q. Hayes*
                 **WILLIAM Q. HAYES**
                 United States District Judge